# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KAREEM ALEXANDER-DRAKE, | |
| Plaintiff, | Case No. 2:15-CV-01680-KJD-NJK |
| v. | **ORDER** |
| THE STATE OF NEVADA, *et al.*, | |
| Defendants. | |

Before the Court for consideration is the Report and Recommendation (#3) of Magistrate Judge Nancy J. Koppe entered September 10, 2015, recommending that Plaintiff's action be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted. Though the time for doing so has passed, Plaintiff has failed to file any objections to the Report and Recommendation.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation (#3) of the United States Magistrate Judge entered September 10, 2015, should be **ADOPTED** and **AFFIRMED**.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#3) entered September 10, 2015, are **ADOPTED** and **AFFIRMED;**

1   IT IS FURTHER ORDERED that Plaintiff's action is **DISMISSED without prejudice.**

2   DATED this 6th day of October 2015.

_____
Kent J. Dawson
United States District Judge